**Order entered August 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01136-CV

### IN RE KEVIN RIEDLE, Relator

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-10-00493**

## ORDER

The Court has before it relator's petition for writ of mandamus.  The Court requests that

real party in interest and respondent file any responses to the petition by September 6, 2013.


/s/      DOUGLAS S. LANG
JUSTICE